IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01199-CMA-KLM

THOANCHELLE BARGEN,

    Plaintiff,

v.

SAPP BROS TRAVEL CENTERS INC., a Nebraska Corporation,
SAPP BROS TRAVEL CENTERS INC. d/b/a APPLE BARREL RESTAURANT,
DIANA COLLINS, an individual,
ASHLEY M. BAILEY, an individual,
PAULA GAER, an individual,
ANTHONY SENA, an individual,
COMMERCE CITY POLICE DEPARTMENT, a municipal corporation,
DAX NANCE, Officer, individually and in his official capacity,
DOES I through X, inclusive, and
ROE ENTITIES I through X, inclusive,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to Amend Complaint** [Docket No. 29; Filed July 24, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for Plaintiff's failure to fully comply with D.C.COLO.LCivR 7.1A. In the conferral email attached to the Motion, Attorney Polk states that there is no objection to Plaintiff's "request to file an Amended Complaint to substitute the City of Commerce City for Officer Nance and the Commerce City Police Department." [#29-1] at 1. However, the proposed Amended Complaint indicates that Officer Nance remains as a named defendant, both individually and in his official capacity. [#31] at 1, 3. Thus, it is unclear to the Court whether the parties fully conferred as to the nature of Plaintiff's request, and whether all Defendants are unopposed to the entry of the proposed Amended Complaint.

    Dated: July 25, 2012