IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01199-CMA-KLM

THOANCHELLE BARGEN,

    Plaintiff,

v.

SAPP BROS TRAVEL CENTERS INC., a Nebraska Corporation,
SAPP BROS TRAVEL CENTERS INC. d/b/a APPLE BARREL RESTAURANT,
DIANA COLLINS, an individual,
ASHLEY M. BAILEY, an individual,
PAULA GAER, an individual,
ANTHONY SENA, an individual,
CITY OF COMMERCE CITY, a municipal corporation,
DAX NANCE, Officer, individually and in his official capacity,
DOES I through X, inclusive, and
ROE ENTITIES I through X, inclusive,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order to Extend Rebuttal Expert Disclosure Deadline** [Docket No. 56; Filed October 22, 2012] (the "Motion") submitted by Defendants City of Commerce City and Dax Nance ("Defendants"). Defendants explain that although Plaintiff timely disclosed her expert, Dr. Wilbert Miles, on October 12, 2012, the disclosure was not accompanied by a written report as required by Fed. R. Civ. P. 26(a)(2). According to Defendants, Plaintiff's counsel represents that although Dr. Miles has completed his evaluation of Plaintiff, counsel has not yet received the report. Defendants therefore request that the rebuttal expert deadline be extended to thirty days after they receive Dr. Miles' expert report. The Court grants the extension but sets a date certain for the rebuttal expert designation on the expectation that the expert report will be provided forthwith.

    IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**. The Scheduling Order entered on September 18, 2012 [#51] is modified to extend the following deadline:

- Rebuttal Expert Designation Deadline    **November 26, 2012**

Dated:  October 23, 2012