**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01199-CMA-KLM

THOANCHELLE BARGEN,

    Plaintiff,

v.

SAPP BROS TRAVEL CENTERS INC., a Nebraska corporation,
SAPP BROS TRAVEL CENTERS INC. d/b/aAPPLE BARREL RESTAURANT,
DIANA COLLINS, an Individual,
ASHLEY M. BAILEY, an Individual,
PAULA GAER, an Individual,
ANTHONY SENA, an Individual,
COMMERCE CITY POLICE DEPARTMENT, a municipal corporation,
OFFICER DAX NANCE, Individually and in his official capacity,
DOES I - X, inclusive, and
ROE ENTITIES I - X, inclusive,

    Defendants.

## ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANTS BUSCO, INC. AND BLACK HILLS STAGE LINES, INC.

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice of Defendants City of Commerce City and Dax Nance (Doc. # 64). The Court has reviewed the Stipulation and ORDERS as follows:

Defendants City of Commerce City and Dax Nance are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pays his, her or its own costs, attorneys fees and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of City of Commerce City and Dax Nance as Defendants in this case.

DATED: December 28, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge