IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01199-CMA-KLM

THOANCHELLE BARGEN,

    Plaintiff,

v.

SAPP BROS TRAVEL CENTERS INC., a Nebraska Corporation,
SAPP BROS TRAVEL CENTERS INC. d/b/a APPLE BARREL RESTAURANT,
DIANA COLLINS, an individual,
ASHLEY M. BAILEY, an individual,
PAULA GAER, an individual,
ANTHONY SENA, an individual,
DOES I through X, inclusive, and
ROE ENTITIES I through X, inclusive,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Amend Scheduling Order** [Docket No. 72; Filed January 29, 2013] (the "Unopposed Motion") and Defendants' **Motion to Amend Scheduling Order** [#68; Filed January 8, 2013] (the "Motion"). The Unopposed Motion and the Motion request the same relief. The Unopposed Motion, however, reflects that Plaintiff has no opposition while the Motion reflects that Defendants were unable to confer with Plaintiff's counsel before filing the Motion.

    Defendants explain that due to the rescheduling of an independent medical evaluation, additional time is needed for Defendants' rebuttal expert designation. Additionally, to accommodate the scheduling of the deposition of Plaintiff's expert, Defendants request an extension of the discovery deadline.

    IT IS HEREBY **ORDERED** that the Unopposed Motion [#72] is **GRANTED**. The Scheduling Order entered on September 18, 2012 [#51], and modified on October 23, 2012 [#58] and on November 27, 2012 [#62], is further modified to extend the following deadlines:

- Rebuttal Expert Designation Deadline    **February 28, 2013**
- Discovery Cut-off    **February 28, 2013**

IT IS FURTHER **ORDERED** that the Motion [#68] is **DENIED AS MOOT**.

Dated:  January 29, 2013