**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01199-CMA-KLM

THOANCHELLE BARGEN,

    Plaintiff,

v.

SAPP BROS TRAVEL CENTERS INC., a Nebraska corporation,
SAPP BROS TRAVEL CENTERS INC. d/b/aAPPLE BARREL RESTAURANT,
DIANA COLLINS, an Individual,
ASHLEY M. BAILEY, an Individual,
PAULA GAER, an Individual,
ANTHONY SENA, an Individual,
COMMERCE CITY POLICE DEPARTMENT, a municipal corporation,
OFFICER DAX NANCE, Individually and in his official capacity,
DOES I - X, inclusive, and
ROE ENTITIES I - X, inclusive,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Plaintiff's Stipulation of Dismissal With Prejudice (Doc. # 75), it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her, or its own costs and attorney fees, with the exception that Plaintiff shall be responsible for a $1,000.00 (One Thousand Dollars) fee to Defendants' expert, Dr. William Hansen, as set forth in the Stipulation.

    DATED: March __01__, 2013

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Court Judge